**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HENRY RODRIGUEZ,<br><br>             Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration,<br><br>             Defendant. | No.  CV 14-3886-CW<br><br>JUDGMENT |

**IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Decision and Order.

DATED: April 22, 2015

_____
          CARLA M. WOEHRLE
United States Magistrate Judge